Report Date: November 21, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 22, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: William Clinton Palmer | Case Number: 0980 2:17CR00104-SAB-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 11, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Failure to Register, 18 U.S.C. § 2250(a) | | |
| Original Sentence: | Prison - 27 months<br>TSR - months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>October 17, 2019 | Prison - 5 months<br>TSR - life | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | November 12, 2019 |
| Defense Attorney: | Matthew A Campbell | Date Supervision Expires: | Life |

## PETITIONING THE COURT

To issue **a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 12**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: On November 21, 2019, William Palmer violated the conditions of his supervision by absconding from the residential reentry center (RRC) where he was residing on public law status.<br><br>On November 13, 2019, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Palmer as outlined in the judgement and sentence. He signed a copy acknowledging the requirements. During that intake, Mr. Palmer was also notified that he was approved to reside at the RRC effective November 19, 2019. |

On November 19, 2019, the undersigned officer contacted the RRC to inquire if Mr. Palmer had reported as instructed and was informed that the offender had not reported. After the close of business that date, this officer went to the House of Charity shelter where Mr. Palmer was located waiting in line. This officer instructed the offender to immediately report to the RRC and was provided with the address and phone number of the facility, as well as directions. Later that evening, this officer received notification that Mr. Palmer had reported as instructed.

On November 21, 2019, this officer received notification from the RRC that the offender "slow rolled himself out the front door of (the) facility without saying a word;" he was subsequently placed on abscond status. As of the writing of this report, Mr. Palmer's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/21/2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/22/2019

Date